IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM DEMARSE,

    Plaintiff

VS.

CRACKER BARREL OLD
COUNTRY STORE, INC.,

    Defendant.
_____/

COLLECTIVE ACTION

CASE NO. 8:07-cv-981-T-MSS

## AMENDED NOTICE OF DISMISSAL WITH PREJUDICE
(As To Date Only)

COMES NOW, the Plaintiff, WILLIAM DeMARSE, by and through his undersigned counsel and hereby files this Amended Notice of Dismissal with Prejudice.

Dated: January 21, 2008

Respectfully submitted,

By____s/David J. Linesch____
DAVID J. LINESCH
Florida Bar No. 0376078
The Linesch Firm
700 Bee Pond Road
Palm Harbor, FL 34683
Voice: (727) 786-0000
Facsimile: (727) 786-0974
Email: laborlaw@lineschfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Todd A. Aidman, Local Counsel
>Ford & Harrison LLP
>101 East Kennedy Blvd., Suite 900
>Tampa, FL  33602
>
>David E. Gevertz, Esq.
>Erica V. Garey, Esq.
>Baker, Donelson, Bearman,
>Caldwell & Berkowitz, P.C.
>Six Concourse Parkway, Suite 3100
>Atlanta, GA  30328

>s/ David J. Linesch
>DAVID J. LINESCH